PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| AIGBE AKHIGBE, *et al.*, | ) |
| Plaintiffs, | ) CASE NO. 5:22CV1990 |
| v. | ) JUDGE BENITA Y. PEARSON |
| UNIVERSITY OF AKRON, | ) |
| Defendant. | ) **JUDGMENT ENTRY** |

Having filed its Memorandum of Opinion and Order, the Court hereby enters judgment in favor of Defendant University of Akron against Plaintiffs Aigbe Akhigbe, Ph.D., and Bhanu Balasubramnian, Ph.D.

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

| | |
|---|---|
| March 29, 2024 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |